No. 1900, Misc. RISPO *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. *B. Nathaniel Richter* for petitioner.

No. 1916, Misc. RUTHERFORD *v.* DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1920, Misc. WILSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Richard W. Buchanan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Leonard H. Dickstein* for the United States.

No. 1929, Misc. SQUIRE *v.* RUSH, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied. *Irwin I. Kimmelman* and *Emanuel S. Lowinger* for respondents.

No. 1931, Misc. SAFLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1933, Misc. LELII *v.* DOLENTE CONSTRUCTION Co. ET AL. Sup. Ct. Pa. Certiorari denied. *Leonard Zack* for petitioner. *Richard D. Harburg* for respondents.

No. 1948, Misc. HARRIS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Richard A. Sicking* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow* and *Arden M. Siegendorf,* Assistant Attorneys General, for respondent.